**FILED**
JAN - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EVELYN MARTINEZ
          (Plaintiff),
23595 Civic Center Way
Malibu, CA 90265

-vs-

UNITED STATES OF AMERICA
          (Defendant).

Case: 1:08-cv-00031
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 1/7/2008
Description: PI/Malpractice

**JURY ACTION**

FEDERAL TORT CLAIMS ACT
FOR NEGLIGENCE, WRONGFUL
ACTS, DERELICTION OF
DUTY, CONSPIRACY AND
VIOLATIONS OF CIVIL RIGHTS

This action is brought forward by Plaintiff, Pro Se,

Evelyn Martinez, under Federal Court jurisdiction.  The

Defendant, United States of America, has waived sovereign

immunity.  On October 28, 2006, the Defendant was served

via US Certified Mail with a Standard Form 95 claim form

and pursuant to Title 28 of the Code of Federal Regulation

Section 14.9(a) and 28 USC, Sec 2675, this case is brought

forward within the time allowed and under the Federal Tort

RECEIVED
OCT 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
NOV 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Claims Act, 28:2671. The Plaintiff request a Jury Trial.

The cause of action for this case is Negligence, Wrongful Acts, Dereliction of Duty, Conspiracy and Violations of Civil Rights (all).

The Plaintiff is:    EVELYN MARTINEZ

23595 Civic Center Way

Malibu, CA  90265

Los Angelos County

The Defendant is:    UNITED STATES OF AMERICA

Dept of Justice-Federal

Bureau of Investigations

Washington, DC  20535

## BRIEF SUMMARY

The Plaintiff is a citizen of this country and thus is protected by fundamental basic civil rights as outlined

2

in the US Constitution. The Defendant is obligated to protect its citizens against crime and not allow crime and acts that are severe in nature aimed at irrepparable loss and damage.

The Defendant has in dereliction of duty and acting in complete negligence, wrongful acts and conspiracy dismissed by ignoring all of the Plaintiff's request for intervention in matters under their direct jurisdiction and authority. The Defendant has offered no valid, legal excuse for their negligence and wrongful acts against the Plaintiff and her civil rights violations.

## SUMMARY OF FACTS

### COUNT I - NEGLIGENCE/WRONGFUL ACTS

1. On October 28, 2004, Plaintiff was located in Ontario, Canada. The Plaintiff went there as a tourist

3

initially and quickly realized that Canada could be an answer to the Plaintiff's crime-ridden life in the USA of which local, State and Federal authorities including the Courts have turned a blind-eye to.

2. The Plaintiff, once in Canada, called the Defendant and attempted to informed them of the status of the Plaintiff and the reason for the call to them. The Plaintiff was asking for help because a Hate Crime was plaguing the Plaintiff's livelihood in the US and nothing had been done despite repeated reporting of the crimes to different entities and agencies of the government.

3. The Plaintiff made the call on October 28, 2004 at 4:06pm to the Buffalo, NY Federal Bureau of Investigation. The Plaintiff did get through and spoke to an agent who told the Plaintiff after she briefed the agent on the nature of

4

the Plaintiff's call to them especially calling from Canada.

4. The agent seemed uncooperative to my plight and told the Plaintiff that if it was so bad for me in the US that I should just stay in Canada and she would not and did not do anything on my behalf.

5. The Plaintiff then told the agent that she was violating the Plaintiff's rights and that the calls to the FBI are recorded and she did not seem to care. The Plaintiff then proceeded to get help from another FBI division like the New York City and Washington, DC offices but was met with ignorance again. The calls to the Defendant are documented.

6. The Plaintiff realized that she would not be getting any assistance from the Defendant. The Plaintiff had been without protection in the US and now in Canada because the

Defendant had refused to protect the Plaintiff against any and all crime against her and now they refused to do their duty at even the lowest level when receiving a call from an American citizen needing the governments help.

7. The simple fact in this case is that the Defendant did nothing on the behalf of the Plaintiff in the US and they did nothing when receiving a distress call from the Plaintiff in Canada. They were obligated to do something or say something to the Plaintiff other than "just stay there then".

8. The Plaintiff called the US Embassy on October 29, 2004 and was told that the Plaintiff should go back to the US.

9. The Plaintiff went back to the US October 29, 2004

and was immediately persecuted yet again by a local police department this time it was the Town of Amherst Police Dept on October 30, 2004 at aproximately 2:00am. The Amherst Police brought up an old 1998 traffic violation that had never before shown up against the Plaintiff in any shape, form or manner.

10.  On October 20, 2004 the Plaintiff had once again visited Canada via Niagara Falls and on the way back to the US was stopped by Customs at approximately 9:15pm at which time the Plaintiff and her dogs were put in a booth while Customs inspected the Plaintiff's vehicle and then was let go. No traffic violation from 1998 has ever shown up against the Plaintiff especially while she was crossing in and out of Canada until October 30, 2004 less than 12 hours after she

had gotten back from Canada where she was seeking protection from persecution in the US especially from the government at all levels. The Plaintiff earlier on October 29, 2004 had called the Buffalo FBI division and was told she could come in person to file a complaint yet was diverted from that meeting with the appearance of a traffic ticket.

### COUNT II - CONSPIRACY/CIVIL RIGHTS VIOLATIONS

1. The Defendant was actively violating the Plaintiff's civil rights acting in conspiracy with other government agencies, the United States Equal Employment Opportunity Commission being one of them and other FBI divisions and they were acting in conspiracy with local police departments.

2. The Plaintiff has a 10 year-long history of being

systematically denied even the basic of civil rights. The Defendant refused to protect the Plaintiff on October 28, 2004 because it was part of their on-going conspiracy against the Plaintiff.

3. The Plaintiff has the right to the pursuit of happiness. The Plaintiff has the right to be secured in her person and belongings. The Plaintiff has the right to freedom of speech and to bring grievances against the government. No State shall abridge the rights of its citizens. The Bill of Rights protect us against abuses by other citizens and by the government and the Plaintiff has had them all violated and even while asking for protection from another country the Defendant still ignored the Plaintiff's pleads. The Plaintiff came back to the US

and has systematically been a victim of more crime and abuses.

### COUNT III - DERELICTION OF DUTY

1. The Plaintiff has asked for intervention and investigations and protection from the kinds of crime that are investigated all the time by the FBI and yet for 10 years not one serious crime has been investigated and yet the Defendant was all too confident that telling a US citizen to just stay in another country so that it will be convenient for them in the long run of their conspiracy would be ok and the right thing to do yet again. The Defendant failed the Plaintiff intentionally. The Defendant duties are to protect. Where has the protection been and when? It was not there October 28, 2004 and the follow-up

actions against the Plaintiff by the Amherst police dept point to the intent to continue abuses and violations and persecution against the Plaintiff and so it has been.

## CONCLUSION

The Plaintiff was ignored October 28, 2004 yet again by the Defendant even when calling from another country and reporting serious crime. The Plaintiff required the Defendant's intervention and protection not the advise of an acquaintenance or friendly suggestion. The Plaintiff did not receive intervention from the Defendant neither in Canada or here in the US.

## DAMAGES

The Plaintiff request compensation for the lost of all her civil rights and livelihood. The Plaintiff has been a

victim twice once by the acts of others and then by the depraved indifference of the Defendant. The Defendant has failed the Plaintiff and did so October 28, 2004.

The Plaintiff came back to the US and right back to abuses and persecutions uninvestigated or dealt with.

**WHEREFORE**, the Plaintiff request that this Court find the Defendant liable to the Plaintiff in compensable and punitive damages for the intentional and deliberate depraved indifference to the Plaintiff's pleads for intervention which left to fend for herself has caused her irrepparable damage and loss. The Plaintiff request compensation in the amount of one-hundred million dollars, $100,000,000.00.

DATED  22 October 2007

EVELYN MARTINEZ
Plaintiff Pro Se
23595 Civic Center Way
Malibu, CA   90265
386 453-6074



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0001 6119 8655**
Status: **Delivered**

Your item was delivered at 4:30 AM on October 28, 2006 in WASHINGTON, DC 20535.

Additional Details >      Return to USPS.com Home >

### Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

08 0031

**FILED**

JAN - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

EVELYN MARTINEZ

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE N/Y

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

USA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00031
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 1/7/2008
Description: PI/Malpractice

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☒ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

– O –