UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


EVELYN MARTINEZ
        (Plaintiff),


vs.                                Civil Action#:  080031CKK


UNITED STATES OF AMERICA
_____(Defendant)._____/


MOTION REQUESTING US MARSHAL SERVE
PLAINTIFF'S SUMMONS AND COMPLAINT


Plaintiff, Pro Se having been granted leave to

proceed without prepayment of costs hereby submits this

motion requesting that the US Marshal's office serve

Plaintiff's summons and complaint in this matter.

Plaintiff is hereby attaching to this motion her notice

from this Court regarding her leave to proceed without

prepayment of costs.

**RECEIVED**

JAN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DATED 16 Jan 08

*[signature]*

EVELYN MARTINEZ
Plaintiff Pro Se
23595 Civic Center Way
Malibu, CA  90265