UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| Evelyn Martinez | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-00031 |
| | ) | ECF |
| United States of America | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Raymond A Martinez

Special Assistant United States Attorney, as counsel of record for defendants, in the above-

captioned case.


Respectfully submitted,


__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that on this 1st  day of February I caused the foregoing  Notice to be

served on Plaintiff, **Evelyn Martinez,** via first class mail, postage prepaid addressed as follows:


Evelyn Martinez
23595 Civic Center Way
Malibu, California 90265


__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150

2