UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN MARTINEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendants. | Civil Action No. 08-031 (CKK) |

**ORDER**
(February 11, 2008)

On February 7, 2008, Defendant filed a Motion to Dismiss, or in the alterative for a more definite statement, in the above-captioned case. Plaintiff is representing herself, *pro se.* In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, this Court advises Plaintiff that she must respond to Defendant's Motion to Dismiss, or in the alternative for a more definite statement, no later than March 12, 2008. If Plaintiff does not respond, the Court shall treat the Motion as conceded and dismiss Plaintiff's Complaint. Furthermore, the Clerk of the Court shall mail a copy of this Order to Plaintiff at the following address: 23595 Civic Center Way, Malibu, CA 90265.

**SO ORDERED**.

  */s/*
  COLLEEN KOLLAR-KOTELLY
  United States District Judge