UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EVELYN MARTINEZ
      (Plaintiff),

vs.                            Civil Action No. 08-031(CKK)

UNITED STATES OF AMERICA
        (Defendant).   /

MOTION REQUESTING PLAINTIFF
INDIGENOUS BE APPOINTED
COUNSEL

Plaintiff, Pro Se, Evelyn Martinez hereby request of this Court that the Court appoint counsel for the indigenous Plaintiff. Plaintiff, in support thereof, submits the following statement:

    1. Plaintiff is indigenous and as of February 2, 2008 Plaintiff became unemployed through no fault of her own and has no income presently.

    2. Plaintiff cannot afford to hire an attorney and

**RECEIVED**

FEB 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

although Plaintiff is pro se in this matter it is not by choice.

3.  The Courts of this country and its officers exist to uphold the Constitution and the laws of this country. Plaintiff has been a victim of many injustices that could have been remedied, if acted upon timely, all of the Plaintiff's damages as presented to the Courts. The Courts have in the past not defended the Constitution and the laws of this country by hiding behind unfair loopholes and erroneously applying defenses for its ruling when other action could have rightfully benefitted the Plaintiff. The Plaintiff could have in the interest of justice have been appointed counsel despite the matter at hand being a civil matter. The Court could have looked

at the severity of the Plaintiff's plight especially since the Plaintiff has been indigenous for all of the last 11 years of litigating in Court due to the widespread criminal activity against her. The Plaintiff, once again, presents to the Court her request to have an attorney appointed to her in the interest of justice. The Plaintiff has stated that she cannot afford an attorney and the case pending in this Court against the United States is not frivolous but rather constitues a serious series of violations to the Plaintiff's civil rights by the United States.

WHEREFORE, Plaintiff request this Court takes into its consideration the plight of this indigenous citizen whom time and time again has been denied basic civil rights and whom the Courts have allowed to be unfairly and

unjustly abused by a long list of Defendant's all with

attorney's while the Plaintiff has not been able to or

allowed to have one appointed.  Plaintiff request this

Court grant such motion.


DATED   19 Feb 2008


EVELYN MARTINEZ
Plaintiff Pro Se
23595 Civic Center Way
Malibu, CA   90265

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing document has been sent to the Defendant's attorney at Judiciary Center Buildig, attention, Raymond Martinez, Special Assistant United States Attorney, 555 4th Street, NW, Civil Division, Washington, DC 20530 on Feb 19, 2008 via US mail.

_____
EVELYN MARTINEZ
Plaintiff Pro Se