ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EVELYN MARTINEZ
    (Plaintiff),

vs.                          Civil Action No. 08-031(CKK)

UNITED STATES OF AMERICA,
    (Defendant).

PLAINTIFF RESPONDS TO
DEFENDANT'S MOTION TO
DISMISS AND PLAINTIFF
REQUEST FOR MORE TIME
IN WHICH TO AMEND THE
PLAINTIFF'S COMPLAINT

RECEIVED
MAR 10 2008
NANCY MAYER W...
U.S. DIST...

      Plaintiff, Pro Se, Evelyn Martinez cometh now to this Court and submits the following statement in support of her Request for More Time in which to Amend the Plaintiff's Complaint and Plaintiff also submits her response to the Defendant's Motion to Dismiss Plaintiff's Complaint "for failure to set forth a short and plain statement of the claims or grounds". Plaintiff states the following:

1. Plaintiff has established in this Court that she is proceeding as a pro se litigant and it has well been established in the Courts that the pleadings of pro se litigants are to be held less stringently than pleadings submitted to the Court by attorneys. Plaintiff attempted in good faith to provide this Court and ultimately the Defendant with a clear and concise statement of the facts as occurred, the cause of action and the relief sought to make the Plaintiff whole again.

2. The Plaintiff provided a twelve (12) page complaint to accomplish her duty with the Court and the Defendant by bringing forward this case. Plaintiff outlined as follows the wrongdoing by the Defendant that damaged the Plaintiff in counts I-III:

    (a)   COUNT I NEGLIGENCE/WRONGFUL ACTS

    (b)   COUNT II CONSPIRACY/CIVIL RIGHTS VIOLATIONS

    (c)   COUNT III DERELICTION OF DUTY

The Plaintiff believed that she had adequately provided a short, clear and concise statement of the facts as required.

    3. The Defendant has responded to the Plaintiff's complaint with a Motion to Dismiss "for failure to set forth a short and plain statement of the claims or grounds for the Court's jurisdiction" or in the alternative for a more definite statement. The Plaintiff therefore would like based on the Defendant's alternative request of this Court to be allowed to submit a more definite statement of the facts in this case in the form of an Amended Complaint or in the form the Court finds appropriate.

4. The Plaintiff would like further state that on February 19, 2008 she submitted to this Court a motion requesting that the Plaintiff indigenous be appointed counsel for these proceedings such motion is still pending at the signing of this document and Plaintiff request that she be given at least 30 days in which to submit to this Court a more definite statement as requested by the Defendant and agreeable by the Plaintiff and such time would also give time for this Court to decide on Plaintiff's request for counsel assistance.

WHEREFORE, Plaintiff request that she be given 30 days or more in which to submit to this Court a more definite statement of the facts of this case as suggested by the Defendant and in the form ordered by this Court.

4

DATED March 7, 2008

*[signature]*

EVELYN MARTINEZ
Plaintiff Pro Se
23595 Civic Ctr Way
Malibu, CA 90265
Tele 386 453-6074

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing document has been provided to the Defendant's attorney, Raymond Martinez, Special Assistant US Attorney, at Judiciary Center Bldg, 555 Fourth St, NW, Civil Division, Washington, DC 20530 on March 7, 2008, via US mail.

*[signature]*

EVELYN MARTINEZ
Plaintiff Pro Se