UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Evelyn Martinez, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-31 (CKK) |
| United States of America, | : | |
| Defendant. | : | |

MEMORANDUM AND ORDER

Plaintiff moves for the appointment of counsel to represent her in this federal tort action and, in response to defendant's motion to dismiss or for a more definite statement, for time to amend her complaint. Upon consideration of the record, the Court will not appoint counsel to represent plaintiff but will provide time for plaintiff to amend her complaint. Consequently, the Court will deny without prejudice defendant's motion to dismiss.

Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. *See Willis v. F.B.I.*, 274 F.3d 531, 532-33 (D.C. Cir. 2001); *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). If a plaintiff is proceeding *in forma pauperis*, the court is authorized to appoint counsel under 28 U.S.C. § 1915(e)(1), but is not obliged to do so unless the plaintiff demonstrates such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. *See Cookish v. Cunningham*, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." *Id*.

The Court has considered the potential merits of the claim, the complexity of the legal and factual issues involved, plaintiff's *pro se* representation thus far, and the degree to which the

interests of justice will be served by appointment of counsel, including the benefit the court may derive from the assistance of appointed counsel. *See* Local Civil Rule 83.11(b)(3). The Court has also taken into consideration the limited *pro bono* resources that are available to it. After carefully reviewing and weighing those factors, the Court concludes that the appointment of counsel is not warranted at this time. Accordingly, it is this 13th day of March 2008,

ORDERED that plaintiff's motion for the appointment of counsel [Dkt. No. 9] is DENIED; it is

FURTHER ORDERED that plaintiff's motion for time to amend her complaint [Dkt. No. 12] is GRANTED. By **April 14, 2008**, plaintiff shall file an amended complaint that clearly sets forth her claims,[1] to which defendant shall answer or otherwise respond within 30 days from the filing date of the amended complaint; and it is

FURTHER ORDERED that defendant's motion to dismiss [Dkt. No. 7] is DENIED without prejudice, but the alternative motion for a more definite statement is GRANTED.

_____s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1] As guidance, plaintiff is urged to address the questions set forth in defendant's motion to dismiss at page five.