UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN MARTINEZ,         )<br>                          )<br>    Plaintiff,           )<br>                          )<br>    v.                    )<br>                          )<br>UNITED STATES OF AMERICA, )<br>                          )<br>    Defendant.            )<br>                          ) | Civil Action No. 08-0031 (CKK) |

## ORDER TO SHOW CAUSE

On February 7, 2008, the defendant filed a motion to dismiss the claims, or for a more definite statement.  On February 11, 2008, this Court issued an order advising the *pro se* plaintiff of the obligation to respond by March 12, 2008, and that failure to respond could result in the dismissal of the complaint.  Plaintiff sought an additional 30 days in which to make a more definite statement in the form of an amended complaint, and the Court granted plaintiff time until April 14, 2008 to file her amended complaint.  Plaintiff has not filed her amended complaint.  Nor has plaintiff responded to the merits of the motion to dismiss.  Accordingly, it is

ORDERED that the defendant's motion [Dkt. #7] to dismiss the complaint or, alternatively, for a more definite statement is GRANTED as conceded.  The complaint is DISMISSED without prejudice.  This is a final, appealable Order.

                                                      /s/
                                   COLLEEN KOLLAR-KOTELLY
                                   United States District Judge

DATED:  April 28, 2008