UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EVELYN MARTINEZ
      (Plaintiff),

v.                        Civil Action No. 08-0031(CKK)

UNITED STATES OF AMERICA
      (Defendant).   /

**RECEIVED**

MAY 1 6 2008

## MOTION TO REOPEN CASE

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff, Evelyn Martinez hereby submits this motion to this Court to have this case reopen and states the following in support thereof of this motion:

1. Plaintiff complied with the Court's Order to respond to the Defendant's Motion to Dismiss Complaint or in the alternative, for a more definite statement and the Plaintiff did so by the time required. The Plaintiff, at that time, requested at least 30 days in which to submit

a more definite statement in the form of an Amended Complaint and was awaiting the Court's response on allowing the time to submit the Amended Complaint. The Plaintiff never received any notice from the Court in any form regarding the Plaintiff's request.

2. On May 6, 2008, the Plaintiff called the Clerk's office and requested information regarding any docket filings and was only told that on April 28, 2008, an Order was entered closing the case. The Plaintiff was not told of the ordering granting Plaintiff time in which to file an Amended Complaint nor as of May 6, 2008 had the Plaintiff received the Court's Order closing the case.

3. The Plaintiff received the Court's Order closing the case on May 10, 2008 only after it was mailed out on May 6,

2008 as the postmark shows the same day the Plaintiff called the Clerk's office for information. The Plaintiff, upon reading the Court's Order learned that she had been granted time in which to file the Amended Complaint but never knew about it since she did not ever receive it in the mail.

4. The Plaintiff states that she did not bring this case to Court to waste the Court's time or hers. She, had she received the Order granting her time in which to file the Amended Complaint would had done so. The Plaintiff believes on more than one occasion in the matter spoken hereof, there have been injustices committed and has affected the outcome of this case adversely against the Plaintiff through no fault of her own.

WHEREFORE, Plaintiff request this Court reconsiders

3

its Order dated April 28, 2008 closing the Plaintiff's case

for not submitting an Amended Complaint in lieu of the

statement made by the Plaintiff in this motion of never

having received an order stating she had been granted time

in which to submit her amended pleadings. The Plaintiff

request that in the interest of justice this case stays

open and that the Plaintiff is allowed to proceed with

the submission of an Amended Complaint.

Dated  May 13, 2008

Respectfully Submitted,

_____
EVELYN MARTINEZ
Plaintiff Pro Se
23595 Civic Center Way
Malibu, CA  90265
(386) 453-6074

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing document was provided to the Defendant via their counsel, Special Assistant USA Attorney, Raymond A. Martinez at 555 4th Street, NW, Washington, DC  20530 via US mail on _May 13,_____2008.

                                                 **EVELYN MARTINEZ**