## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Evelyn Martinez, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **Civil Action No. 1:08-cv-00031 (CKK)** |
| | ) **ECF** |
| United States of America, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b) (6) and 12 (b) (1), Defendant, by and through undersigned counsel, respectfully moves for an order dismissing Plaintiff's Complaint for failure to state a claim on which relief can be granted and lack of subject matter jurisdiction. Plaintiff's complaint alleges facts that go back to October of 2004 without any allegation that she has timely exhausted her administrative remedy. Additionally, the violations that Plaintiff alleges fall within the discretionary function exception of the Federal Tort Claims Act (FTCA) which bars Plaintiff's claim. Furthermore, Plaintiff lacks standing to complain about a decision not to investigate or prosecute third parties. In the alternative, should this matter not be dismissed, venue would not be proper in D.C. as the plaintiff resides in California and the alleged violation occurred in New York.

In support of this motion, Defendant relies upon the accompanying memorandum of points and authorities. A proposed Order is attached.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
Raymond A. Martinez, TX. Bar No. 13144015
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, DC  20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Evelyn Martinez,**          ) | |
| ) | |
| **Plaintiff**     ) | |
| ) | |
| **v.**      ) | **Civil Action No. 1:08-cv-00031CKK** |
| ) | |
| **United States of America**     ) | **ECF** |
| ) | |
| ) | |
| **Defendant**     ) | |
| _____ ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12 (b) (6) and 12 (b) (1) , Defendant, by and through undersigned counsel, respectfully moves this Court for an order dismissing Plaintiff *pro se*'s Complaint for failure to sate a claim on which relief can be granted and lack of subject matter jurisdiction.

**I.  INTRODUCTION**

Plaintiff *pro se*, alleges to be a citizen from this country who was located in Ontario, Canada in October 28, 2004.(See Ct. Doc. 17 ¶1).  Plaintiff alleges that she went to Canada as a tourist. (See id. ¶2).   Plaintiff alleges that once in Canada she called the FBI seeking help because a hate crime was victimizing the Plaintiff over and over again, and she brings this action because nothing had been done despite repeated reporting of the crime to different entities and agencies of the government. (See id ¶ 1-5)  Plaintiff filed this action against the United States

seemingly alleging that nothing was done about her complaint and is seeking $100,000,000.00 in damages for the emotional distress and mental anguish suffered because of Defendant's action.

However, Plaintiff's allegations fail to state a claim on which relief can be granted. The Plaintiff failed to timely exhaust her administrative remedy within the applicable two-year statute of limitations. Additionally, Plaintiff's claim falls within the discretionary function of the FTCA, thus barring Plaintiff's claim. Moreover, plaintiff lacks standing to complain about the government's decision not to investigate or prosecute third parties. Accordingly, Defendant moves that Plaintiff's complaint be dismissed.

## II.  ARGUMENT

### A.      The Court Should Dismiss Plaintiff's Complaint Because Plaintiff's Claim is Timed Barred

The United States may only be sued for torts under the FTCA, 28 U.S.C. § 2671 et seq. The United States, as sovereign, is "immune from suit save as it consents to be sued . . . and the terms of its consent to be sued in any court define that court's jurisdiction to entertain the suit." Lehman v. Nakshian, 453 U.S. 156, 160 (1981). If the Congress waives the government's sovereign immunity from suit, a plaintiff's rights are limited to the terms of the government's consent to be sued. See United States v. Testan, 424 U.S. 392, 399 (1976). Limitations and conditions which the government places on its consent to be sued must be strictly observed and exceptions are not to be implied. Soriano v. United States, 352 U.S. 270, 276 (1957).

Under the FTCA, the United States has consented to be sued for certain common law causes of action based on the conduct of federal employees subject to certain specific conditions. One of those conditions is that prior to filing suit the claimant must present an administrative claim to the appropriate federal agency within two years of accrual of the tort

claim. 28 U.S.C. § 2401(b). "This waiver of sovereign immunity is purposely limited." <u>Webb v.</u>

<u>United States</u>, 2008 WL 503882 (D.D.C. 2008). A court may dismiss a FTCA claim on statute

of limitation grounds only if "no reasonable person could disagree on the date" on which the

cause of action accrued. <u>Kuwait Airways Corp. v. Am. Security Bank, N.A.</u>, 890 F.2d 456, 463

n. 11 (D.C. Cir.1989).

   In this case, the latest date which plaintiff alleges acts by the Defendant which

purportedly give rise to her claims is October 28, 2004, when she "called the Buffalo FBI".

Complaint (<u>See</u> Ct. Doc. 17 ¶2). The Plaintiff made the call on October 28, 2004, at 4:06 p.m. to

the Buffalo, NY Federal Bureau of Investigation. (<u>See</u> id.) Plaintiff alleges that the FBI in the

twenty minutes of calling offered the Plaintiff no help. (<u>See</u> id. ¶8).

   The FBI was not presented with plaintiff's administrative claim giving rise to this

lawsuit until October 30, 2006, beyond the applicable two-year statute of limitation. See

Attachment A (certificate of service executed October 30, 2006). Thus, plaintiff has not timely

exhausted her administrative remedy.

## B.  The Discretionary Function Bars Plaintiff's Claims

 Plaintiff's alleged claim arises out of any failure by the FBI to investigate her Hate Crime

complaints and falls within the discretionary function exception to the FTCA barring her claim.

<u>See</u> 28 U.S.C. § 2680(a). The discretionary function exception provides that no claim may be

asserted under the FTCA where liability is "based upon . . . the exercise or performance or the

failure to exercise or perform a discretionary function . . . on the part of . . . an employee of the

Government, whether or not the discretion involved be abused." 28 U.S.C. § 2680 (a); <u>see</u>

<u>United States v. Gaubert</u>, 499 U.S. 315, 325 (1991). To fall within the discretionary function

3

exception, the Government conduct must be discretionary in nature, that is, involving an element

of judgment or choice.  Berkovitz v. United States, 486 U.S. 531 (1987).  Where the

discretionary function exception is applicable, the United States is shielded from liability even

where the discretion was negligently exercised.

The FBI's declination to investigate plaintiff's complaints clearly is a

discretionary function.  Moses v. Kennedy, 219 F. Supp. 762 (D.D.C. 1963), aff'd sub nom.,

Moses v. Katzenbach, 342 F.2d 931 (D.C. Cir. 1965) (initiation of a criminal investigation by the

FBI is discretionary); Pooler v. United States, 787 F.2d 868, 871 (3d Cir.), cert. denied, 107 S.

Ct. 175 (1986) (characterizing decisions to investigate or prosecute as "an a fortiori example of a

discretionary function"); Roberts v. Hartz, 2004 WL 1941310 (10th Cir. 2004) ("The initiation of

a criminal investigation by the FBI is a discretionary act . . . .") (citing Jafree v. Barber, 689 F.2d

640, 643 (7th Cir.1982.  Because the FBI's decision to investigate is discretionary, the FBI owes

no duty to act upon plaintiff's complaints.  Accordingly, as plaintiff's complaint fails to state a

claim for relief, and should be dismissed.

### C.    Plaintiff Lacks Standing to Raise Claim of Non-Prosecution

The crux of plaintiff's complaint appears to be that the United States or the FBI

failed to act on her claims of civil rights abuses being committed against her by unspecified

actors. "The Plaintiff told the FBI that she wanted help from them, the FBI because she was

being victimized over and over in the United States in a Hate Crime." (See Ct Doc.17  ¶5). "The

Plaintiff then proceeded to call other FBI divisions after informing the Buffalo Division agent

that she was violating the Plaintiff's civil rights. . . . but again the Plaintiff was met with even

more ignorance and depraved indifference by the FBI." ( See id .¶7)  To have standing before the

court, that is, the right to "have the court decide the merits of the dispute or of particular issues,"
plaintiff must show that she has suffered invasion of a legally protected interest. <u>Warth v. Seldin</u>,
422 U.S. 490, 498 (1975); <u>see</u> <u>Lujan v. Defenders of Wildlife</u>, 504 U.S. 555, 560 (1992).  The
case law makes clear that "a private citizen lacks a judicially cognizable interest in the
prosecution or non-prosecution of another." <u>Linda R.S. v. Richard D.</u>, 410 U.S. 614, 619 (1973).
Plaintiff, as a private citizen, has no federal right to compel an investigation, as initiating an
investigation is a function of governmental discretion.  <u>See</u> <u>Millhouse v. Levi</u>, 2008 WL 510471,
at *1 (3d Cir. Feb.27, 2008) (concerning request to investigate detention center, and citing <u>Linda
R.S.</u>).  As plaintiff lacks standing to raise the issue of the non-prosecution of another, her claim
should be dismissed pursuant to Fed. R. Civ. P. 12 (b) (6).

### D.   Plaintiff's Claim Should Be Transferred

Plaintiff is making her claim pursuant to the FTCA. Venue is proper in the Central
District of California or the Northern District of  New York.   Venue for FTCA claims are
controlled by 28 U.S.C. § 1402(b), which provides that "any civil action on a tort claim against
the United States under subsection (b) of section 1346 of this title may be prosecuted only in the
judicial district where plaintiff resides or wherein the act or omission complained of occurred."
In this matter, the District of Columbia is not the proper venue.  Plaintiff alleges violations
occurred when she was in Canada as a tourist and made a call to the FBI Buffalo, NY Division.
(<u>See</u> Ct Doc. 17 ¶2). That office is located in Buffalo N.Y.  Plaintiff, according to her return
address, is located in Malibu, California. Accordingly, venue is proper in the Northern District of
New York or the Central District of California.  <u>See Zakiya v. United States</u>, 276 F. Supp. 2d
47,59 (D.D.C. 2003) (Because none of the operative events that constitute the gravamen of

plaintiff's claim took place in the District of Columbia, the Court concludes that venue in the district is improper.").  Accordingly, if this Court does not dismiss this case,  venue should be transferred to either of those two districts.

### III.  CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court dismiss Plaintiff's Complaint because it fails to state a claim upon which relief can be granted.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
Raymond A.Martinez
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, DC  20530
202-514-9150
Raymond.Martinez2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2008, I caused the foregoing to be served

first class mail, postage prepaid, addressed as follows:

Evelyn Martinez
23595 Civic Center Way
Malibu, California 90265


___/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, DC  20530
 202-514-9150
 Raymond.Martinez@usdoj.gov

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Evelyn Martinez,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 1:08-cv-00031** |
| | ) |
| **United States of America,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss.  Upon consideration

of this Motion, the grounds stated therefor and the entire record of this case, it is this _____

day of _____, 2008, hereby

**ORDERED** that Defendant's Motion be and hereby is GRANTED; and it is

**FURTHER ORDERED** that the Complaint is dismissed with prejudice.
.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Raymond A. Martinez
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, DC  20530
 202-514-9150
 Raymond.Martinez2@usdoj.gov

Evelyn Martinez
 23595 Civic Center Way
Malibu, California 90265

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| **FEDERAL BUREAU INVESTIGATION** Office of the General Counsel Washington, DC   20535 | **EVELYN MARTINEZ** **1458 Ocean Shore Blvd., #185** **Ormond Bch, Florida   32176** |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. or P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | Dec 3, 1961 | Single/Divorced | Oct 28, 2004 | 4:15pm |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.) **I have been a VICTIM of a massive, widespread crime that began in Florida in 1998 and has not stopped. There has been no deterring the people that insist on stalking, harrassing obstructing, thwarting my efforts to live my life and I have taken these acts to the courts. I have filed claims everytime I have had my livlihood as others know it in this country obstructed and violated and the courts have acted corruptedly and without any respect for laws and the Bill of Rights of citzens like myself to pursue justice    thus, other local, State and Federal agencies overseen by their employees have ignored rules, polices and my rights and regardless of the evidence presented before them deny me justice and I have suffered irreparable damage to my life directly connected**

| 9. | PROPERTY DAMAGE | **Additional pages attached** |
|---|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

**NA**

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. **I have lost my right to exist in this country as a citizen that I am and that others seek refuge in. I have been denied the social security that Americans have a right to expect and of which the the Constitution has existed for. I have been irreparably damaged and my right to the pursuit of happiness blocked and thwarted for 8 solid yrs**

| 11. | WITNESSES | **Additional pages attached** |
|---|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) | |
| **to be identified at a later time in claim or lawsuit (many)** | 197A-HQ-1542180-1 | |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (In dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| | **$100,000,000.00** | | **$100,000,000.00** |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| | **(386) 453-6074** **(386) 562-0922** | **10/23/06** |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2



## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

**A. Authority:** The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R.

**B. Principal Purpose:** The information requested is to be used in evaluating claims.
**C. Routine Use:** See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
**D. Effect of Failure to Respond:** Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim

## INSTRUCTIONS

### Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to  Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. ☐ No

NA

**16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?**

**17. If deductible, state amount**

NA

**18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim?** *(It is necessary that you ascertain these facts)*

NA

**19. Do you carry public liability and property damage insurance?** ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* ☐ No

NA

SF 95 (Rev. 7-85) BACK

**8. Basis of Claim** (continuation from page 1)

with the incessant crime spree against me which has not been deterred or dealt with by this very agency before or other US agencies despite the evident reality of a massive crime.

I have had **no break** in the massive attacks against me. I have been targetted by civilians of this nation who have stalked and invaded my private life and then carried out acts of hate, discrimination, obstruction, corruption, intimidation, false witnesses, torture, misconduct and the list is long and obvious as it is public record and I have other evidence of such.

It was because of 6 years of being a target of abuse in this country that I decided to go to Canada with my pet dog on October 28, 2004 and seek shelter and refuge from further abuse. I was prepared to attend to rescuing myself in anyway necessary within the law of this count and Canada's. I was not even sure that I was going to seek help in Canada until I crossed the border and was there a couple of hours and felt a relief because I was outside the US and away from being a target of torture and abuses and it was then I decided to go to the Immigration office and inquire about refuge due to persecution by the government and civilians here in the US and how I was not getting any protection from the persecution and from crime committed against me.

I, before I went to the Immigration office in Canada on October 29, 2004 called the FBI Field office in Buffalo NY at 4:06pm to seek help with the crime against me that was driving me to want to relocate to a country not my own. I called the field office and spoke to a women who answered the call and informed her of my problem.

I told her that I was an American citizen calling from Canada where I was at trying to get away from US persecution and I was calling them (FBI) to see if they would help me now that I was in Canada and not in the US. She said she didn't understand and acted unprofessional and indifferent. I do not think I was speaking unclearly. I explained I am an American citzen and a victim of a massive crime and tried again to explain it to which she said well, why don't you just stay there (meaning Canada). It was that simple for this agent to brush me off as if the FBI gets these kind of calls all the time and it is just business as usual for an American citizen to make such serious and desperate claims of illegal activity and severe discriminate abuses that have incessantly and despite me moving around from town to town and state to state have not stopped but on the contrary have gotten bolder. FBIA-HQ-1543 2180-1

It was that simple for the FBI agent to tell me to stay in Canada if I was persecuted in the US as I said.

I, after realizing that the Buffalo field office was treating me exactly as I had been treated thus far by US agencies decided to keep trying and I called the Washington, DC office I was told to call the New York City office to which I did. I was ignored there too and I called Buffalo again and said I was going to place a complaint against their doing nothing for me.

On October 29, 2004, in the morning I called the US Embassy outside Toronto and was advised to just go back to the US. I didn't have enough money to travel to the Embassy in outside Toronto as I did not have enough money to stay indefinitely or on extended time frame in Canada and I was advised by Canadian Immigration to return and apply for refugee status through proper channels and so I did. I was also told by the US Embassy worker that they get involve when a US citizen in a foreign land is arrested and she told me that I should not get arrested and go to a Canadian jail and she also told me that I was going to pay dearly and I did not understand her until I got back to the US and that morning    between 1 and 3:00am I was persecuted once again when a mysterious old traffic ticket showed up against my driving privilege in NY and I was kidnapped by the Amherst Police Dept. I was back from Canada but a few hours and then I was assigned a bogus Public Defender who committed malpractice in defending me. I have also requested an investigation into corruption of the police dept, judge MVA and lawyer back in October 2005 and I made such request to the Buffalo FBI Field office again via a mailed package with enclosures from the arrest in Amherst and the package was never confirmed as received I was given the runaround. I ended up speaking to a few agents one of which was called Tom Doctor who left a message on my mobile cellphone and of which I contacted back and never got no where with regarding my request for investigation into Civil Rights Violations, Corruption of Police and officials, etc. The whole attack by the MVA, police, lawyer and judge over an old 1997 ticket on that night and that timeframe is very suspicious and specific and serious questions I have raise regarding that act against me have not been answered as of yet. I also called the Buffalo FBI office from the Amherst jail house complaining about the arrest and I was ignored.

This claim is for my continuing damages and lost of all civil rights in this country because I had many before Canada and I tried a drastic measure because the attacks did not stop and so I called the Buffalo FBI field office for intervention because the crimes I'm complaining about are within the FBI's jurisdiction and the calls made were more than once and yet the FBI each and everytime turned its back as if they are a citizen's fair weather friend. This is unacceptable because the minute I set foot in America again I was abuse and perse-

4

cuted again and all this agency has to do is search the
documents to see the acts.  It has been non-stop despite my
moving around as if running from the mob.  The last two
years since my trip to Canada have yeilded many, many more
criminal acts against me and civil acts rooted on illegal
activity.  This bureau did and has done nothing about it
a complete depraved indifference to duty.

10. **State Nature and Extent of Each Injury or Cause of Death, which forms the Basis of the Claim (continuation from page 1)**

despite my repeated request for government intervention and because this government continued to pretend nothing has been wrong I have continued to suffer and the crime by civilians and government employees has continued to grow. It is the denial of an obvious crime within this agencies/bureau's control and duty of care that brings me to file this claim. I have evidence of claims and lawsuits against this very bureau and the US EEOC and the Dept of Labor and the intervention by the US government for my prior claims in essence my cries for help for crime I could not possibly control given the intensity and thorough destruction of all aspects of my life has been top notch because nothing but complete depraved indifference has happened.

Now, the crime is bigger and bolder and blatant. The criminal activity against me is being done with an almost guarantee immunity. I continue to suffer with no social security because I have been cut-off at all levels of a persons life as we know it in this country of prosperity and the only reason for muy my loss has been crime and the crime is federal and state and neither government has done a thing to protect me and I cannot recover because it has become a vicious circle and humiliating demotion from from even being a human being.

I once again turned to the FBI-Buffalo for appropriate intervention and protection and continously have been denied 2 years later I am still the victim of massive and unusual criminal activity. How is this bureau not responsible.

What has happened here is the imminent domain. of a human life, my life, by this country and this government instead of ceasing and desisting such treatment and crime. I have been disabled financially since 1998 so that I can be controlled by Americans with financial schemes in mind and this government has turned a deliberate and intentional blind eye as if protecting itself from the crime against me as well. It is despicable and inhumane to say the least. I have irreparable loss and damages. I cannot be given back all that I have lost. I have lost time, youth opportunities, productivity, health, relationships to

6

say the least. The laws of this country were enacted
locally, Statewide and Federally to protect against what I
have endured. The acts in the last 8 years have clearly
been committed to cause me the maximum harm and disable me
from moving forward with my life, my way. It is my right
to live it as I please. I had many productive plans to
do just that and have been fighting to do just that alone
when this burden should have been lifted off me a long time
ago my this country's law enforcement as a crime of a
mega-magnitude has occurred here with no end in sight.
I have been robbed of my life and needs via financial
manipulations for 8 solid years and have been the victim of
many, many crimes to have this aim be accomplished and for
this government at all levels to do NOTHING is for this
government to side with the enemy. It seems the Iraq war
is not the only war going on. I have been the victim of
a war launched against me by TRAITORS to this country's
Constitution, laws and very existance as we've known it to
be, the land of the free,

I have all the specific details and crime against me
as most have been documented already in the courts and others
I have evidence of. I demand compensation for this agency
failing repeatedly and recently to involve itself of duty
to its citizens. If you don't believe me go to your website
and research what crimes this agency/bureau investigates.
I have been denied protection beaause of my gender, sexual
orientation and have been sexually harassed as well by this
government because to do nothing is to partake and condone
the acts hereby complained about. This bureau has been
wrong to deny me and even mock and patronize me causing me
further humiliation and harm because the wrongdoers and
perpetrators of crime against me only get more inspired to
continue since this government doesn't care to lift a finger
to do absolutely anything. What is wrong with this bureau?
I will go public should once again this bureau deny me proper
attention and compensation. <u>If I were a nobody I would not</u>
have been and still am the target of a pathetic country
hiding behind a corrupt goverment system. I demand compensa-
tion and the support of this government against any further
crime against me. It has been 8 solid years when is it enough
and the obvious discern. How am I to blame for going on
with my life like any other American and being met by
strangers at every bend bent on abusing me and violating my
rights including law enforcement and government employees
who obviously have their reasons for depriving me of a life
as they go on with theirs. This is torture and a war and
this agency will do the right thing or face my expose of
serious corruption and cover-up and conspiracy to aide and
abet criminal activity agianst Americans and me at the center
It has been carried out under color and appears that the US
government has enlisted civilians to carry out its dirty work
I have repeatedly tried as the record will show to move on
mind my own business and work and go to school and have a
family and over and over I have be attack in intentional

7

provocation by parties intent on my demise since I have no funds or protection from the government including the courts, the record will show. It is wrongdoing that has escalated these defiant acts of more than just civil disobedience. This is very serious crimes and I demand it gets treated as such. How am I suppose to live like this? It goes against all of the citizens of this nation to live like this under attack after attack. I have been superhuman and full of alot of faith. These are not hidden crimes. They're blatant and bold and desperate and full of confidence that they are protected by a blanket of immunity. This is aiding and abetting and it is corruption. I am not a rag doll to pay for the sins of others. I demand compensation. Enough is enough to do nothing is criminal.// ———————//

Encl 9

10-23-06

8

www.sprintpcs.com

| Customer | Account Number | Invoice Period | Invoice Date | Page |
|----------|----------------|----------------|--------------|------|
| EVELYN MARTINEZ | 0533223145-0 | Oct. 9 - Nov. 8 | Nov. 9, 2004 | 12 of 12 |



Individual Charges for **EVELYN MARTINEZ** (continued)
**561-350-0412**
**evmartinez80@sprintpcs.com**

### Roaming Call Detail While in Buffalo NY

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes Used | Airtime Charges | LD/ Additional Charges | Total Charges |
|---|------|------|--------------|------------------|-----------|--------------|-----------------|------------------------|---------------|
| 4 | 10/29 | 2:45 P M | 716-858-8016 | Buffalo, NY | | 2.0 | included | 0.00 | 0.00 |
| 5 | 10/29 | 2:47 P M | 716-858-8016 | Buffalo, NY | | 1.0 | included | 0.00 | 0.00 |
| 6 | 10/29 | 2:48 P M | 716-858-8016 | Buffalo, NY | | 1.0 | included | 0.00 | 0.00 |
| | Total | | | | | | $0.00 | $0.00 | $0.00 |

### Roaming Call Detail While in Ontario/Qu CN

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes Used | Airtime Charges | LD/ Additional Charges | Total Charges |
|---|------|------|--------------|------------------|-----------|--------------|-----------------|------------------------|---------------|
| 1 | 10/20 | 1:03 P M | Incoming | | | 2.0 | 1.30 | 0.00 | 1.30 |
| 2 | 10/28 | 4:05 P M | 518-465-7551 | Albany, NY | LD | 1.0 | 0.65 | 0.00 | 0.65 |
| 3 | 10/28 | 4:06 P M | 716-843-4300 | Buffalo, NY | LD | 4.0 | 2.60 | 0.00 | 2.60 |
| 4 | 10/28 | 4:11 P M | 202-324-3000 | Washington, DC | LD | 2.0 | 1.30 | 0.00 | 1.30 |
| 5 | 10/28 | 4:13 P M | 202-324-3000 | Washington, DC | LD | 2.0 | 1.30 | 0.00 | 1.30 |
| 6 | 10/28 | 4:15 P M | 212-304-1000 | New York, NY | LD | 5.0 | 3.25 | 0.00 | 3.25 |
| 7 | 10/28 | 4:29 P M | 716-886-7500 | Buffalo, NY | LD | 4.0 | 2.60 | 0.00 | 2.60 |
| | Total | | | | | | $13.00 | $0.00 | $13.00 |

### Roaming Call Detail While in Toronto CN

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes Used | Airtime Charges | LD/ Additional Charges | Total Charges |
|---|------|------|--------------|------------------|-----------|--------------|-----------------|------------------------|---------------|
| 1 | 10/28 | 5:20 P M | 716-843-4300 | Buffalo, NY | LD | 1.0 | 0.65 | 0.00 | 0.65 |
| 2 | 10/29 | 2:11 P M | 561-350-0412 | Incoming | | 15.0 | 9.75 | 0.00 | 9.75 |
| | Total | | | | | | $10.40 | $0.00 | $10.40 |

### PCS Wireless Web Messaging/Updates Charges

| Description | Messages Used in Plan | Additional Messages Used | Message Charges | Additional Charges | Total Charges |
|-------------|----------------------|--------------------------|-----------------|--------------------|--------------| 
| Total | 1 | 0 | $0.00 | $0.00 | $0.00 |

197A-HQ-1542180-1
ENCLOSURE
Incl

Coming in from Canada
Stopped by US Customs for Gen Inspection
no suspended privileged showed up

10/20 at 9:15 pm

10/20/04 at 9:15pm
vehicle put in
bay myself + dogs
put in room
for inspection
let go 20 min later

**U.S. Department of Justice**
**Immigration and Naturalization Service**    OMB 1115-0077

Admission Number

### Welcome to the United States

## 271930340 07

#### I-94 Arrival/Departure Record - Instructions

This form must be completed by all persons except U.S. Citizens, returning resident aliens, aliens with immigrant visas, and Canadian Citizens visiting or in transit.

Type or print legibly with pen in ALL CAPITAL LETTERS. Use English. Do not write on the back of this form.

This form is in two parts. Please complete both the Arrival Record (Items 1 through 13) and the Departure Record (Items 14 through 17).

When all items are completed, present this form to the U.S. Immigration and Naturalization Service Inspector.

**Item 7** - If you are entering the United States by land, enter **LAND** in this space. If you are entering the United States by ship, enter **SEA** in this space.

Form I-94 (04-15-86)Y

---

## This Side For Government Use Only

#### Primary Inspection

Applicant's
Name    FI EIOWVD

Date
Referred _____ Time _____ Insp. # _____

#### Reason Referred

□ 212A [  ] [  ]    □ PP   □ Visa   □ Parole   □ SLB   □ TWOV

□ Other _____ Cust / Enf.

#### Secondary Inspection

End Secondary
Time _____ Insp. # _____

Disposition _____

Incl 2

UT-2.0 (7/03)    New York State ● Department of Motor Vehicles

# LT 841046 3

**UNIFORM TRAFFIC TICKET**

**TOWN OF AMHERST POLICE DEPT.** POLICE AGENCY

| Last Name (Defendant) | First Name | M.I. |
|---|---|---|
| MARTINEZ | EVELYN | |

Number and Street: 2901 CLINTMOORE RD   Apt./Apt.: 132

City: BOCA RATON   State: FL   Zip Code: 33496

Client ID Number: M 6 3 5 1 2 0 0 6 1 7 4 3 0

| Lic. State | Lic. Class | Date Expires | Sex | Date of Birth | Comm'l | Bus/ | Haz/Mat |
|---|---|---|---|---|---|---|---|
| FL | E | 12 30 6 | F | 12 03 61 | | | |

| Plate Number | Reg. State | Reg. Type | Color | Veh. Type |
|---|---|---|---|---|
| EIOWVD | FL | PAS | WHITE | 1 |

Vehicle Year/Make: 06 CHEV

In connection with your alleged commission of the following offense committed on:

When: SATURDAY   Time of Offense: 10:30   Date: 04   AT 02:06 A M

Street Name: W/B ON 5250 SHERIDAN DR   Hwy. Type: 2   Mile No.: 1521

THRUWAY MILE NO.   CO. OF ERIE   Location Code: 1551

IN CITY OF

IN VIOLATION OF ☒ NYS V&T Law   01 ☐ Other Law

Sec 511   Sub 1A

Description of Violation: AUD 3RD

| | MPH | MPH Zone |
|---|---|---|
| | IN | |

(Officer's Signature)

10 30 04

Officer Type: 1 1 1 0 3 0 0

| NCIC Code | Div/Troop | PCT/Zone | Sector/Station |
|---|---|---|---|
| 31806 | | 7 | 2 |

Officer's Last Name (print): JOHNSON   F.I.: T   M.I.: J   Badge/Shield: 018

YOU ARE HEREBY DIRECTED TO APPEAR IN: TOWN OF AMHERST
48 JOHN J. AUDUBON PKWY.
AMHERST, NEW YORK 1028

Town/Village COURT   of

Address: VILLAGE OF WILLIAMSVILLE
ASSOC. MAIN STREET
WILLIAMSVILLE, NEW YORK 14221

Date: 12 1   Year: 04   Time: 3 PM

**A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty but in addition your license to drive a motor vehicle or motorcycle and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law.**

Upon conviction you may be subject to a mandatory surcharge in the amount prescribed by law. Your failure to respond may result in a warrant for your arrest or suspension of your driver license and/or a default judgment against you.

U.S. DOT#
LT 841046
LT 841046

Incl 3

MOTOR VEHICLE REPORT                    PAGE 01 OF 01

Name/Address                          Quoteback
EVELYN MARTINEZ                       002467819      91693534843152509991
7016 EVERGREEN DRIVE                  M635238005922              MD1
WALDORF, MD    20601
COUNTY: CHARLES

Driver License Number     Rpt Date    Systems Use        Account Number
MD M635238005922          05/25/99                        508961

Social Security Number    DMV Account Number

DOB      Sex  Height   Weight   Eyes  Hair Requested As/Also Known As
12/03/61  F   5-04     150

DRIVER LICENSE INFORMATION
-----------------------------------------------------------------------------
Class                   Issued  Expire  Status              Restrictions
C-NCOMM,GVWR<26001      022597  120399  VALID


MISCELLANEOUS AND STATE SPECIFIC INFORMATION
-----------------------------------------------------------------------------
THE DRIVER RECORD INFORMATION CONTAINED IN THIS REPORT WAS OBTAINED FROM
THE ABOVE STATE ON: 05/25/99
THE RECORD REFLECTS ENTRIES FOR THE PAST 36 MONTHS
05-12-97  ADDRESS CHANGE
TOTAL CURRENT POINTS: 00

DRIVING RECORD
-----------------------------------------------------------------------------
     Vio/Sus Conv/Rein          Description                Vio/Conv  Pts
Type  Date    Date                                          Code
DEPT 092497            RECIPROCITY-FAILURE TO COMPLY SUSPENSION    777
                       LETTER MAILED
                       SUMMARY/CITATION #: NEW YORK
VIOL 042997 080797     FAIL OBEY TRAFFIC INSTRUCTIONS ON           098
                       SIGN/TRAFFIC CONTROL DEVICE
                       SUMMARY/CITATION #: NY 25897
SUSP 101597            SUSPENDED-VIOLATED RECIPROCITY AGREEMENT    127
                       SUMMARY/CITATION #: NEW YORK
REIN        111897     RECIPROCITY SUSPENSION WITHDRAWN            118
                       SUMMARY/CITATION #: NY 101597 MCP
VIOL 082197 070998     FAIL OBEY TRAFFIC INSTRUCTIONS ON           098
                       SIGN/TRAFFIC CONTROL DEVICE
                       SUMMARY/CITATION #: NY 23098

Encl 4

# STATE OF FLORIDA
## DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## DIVISION OF DRIVER LICENSES TRANSCRIPT OF DRIVER RECORD

**FIRST** EVELYN  **MIDDLE OR MAIDEN**  **LAST** MARTINEZ  **SUFFIX**

**ADDRESS** 2901 CLINTMOORE ROAD UNIT 132

**CITY, STATE, ZIP** BOCA RATON    06  33496-2041

| | | | | |
|---|---|---|---|---|
| DOB 12/03/61 | SEX F | | DRIVER EDUCATION | SEARCH 10/2 |
| HEIGHT 504 | RACE O | SEX F | SOCIAL SECURITY NUMBER M635-200-61-943-0 | |
| CLASS E | DATE ISSUED 12/03/06 | | FLORIDA DRIVER LICENSED NUMBER | |
| EXAMS 1 | VISION 1 | SIGNS 1 | RULES 1 | DRIVING 0 | MOTORCYCLE 0 | DATE ORIG. DL ISSUED 08/11/00 | COL ISI |

**DUPLICATE LICENSE:** 032801R05

**REPLACEMENT LICENSE:**

| CRASH/OFFENSE EFFECTIVE DATE | CONVICTION DATE | REINSTATEMENT DATE | INFORMATION FROM COUNTY/STATE | CITY | COURT | ENTRY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| ** THIS PERSON HAS A DIGITAL IMAGE ** | | | | | | | |
| 10/11/00 | | | | | | CRASH | INVESTIGATED BY SHERIFF |
| 04/29/97 | 08/07/97 | | New Yor | | | CONV-3.0 PTS | FAIL TO OBEY TRAF INSTR SIGN/DEVICE |
| 08/21/97 | 07/09/98 | | New Yor | | | CONV-3.0 PTS | FAIL TO OBEY TRAF INSTR SIGN/DEVICE |
| 07/28/99 | 08/16/99 | | New Yor | | | CONV-0.0 PTS | OPERATING W/O EQUIP REQUIRED BY LAW |
| 10/11/00 | | 06/15/01 | | | | FR CORRESP | FR ORG/NT ACCID W/O AUTO LIAB 11 |
| | | | | | | | CONTINUOUS INSURANCE COVERAGE |
| 10/11/00 | | | BROWARD | | | | NOTICE REQUIRED BY S.322.251 GIVEN. |
| | | | | | | | |
| END OF RECORD | | | | | | | |

** ENTRIES BELOW COVER THIS PERSONS ENTIRE RECORD **

IN COMPLIANCE WITH SECTION 322.201, F.S.I, SANDRA C. LAMBERT, DIRECTOR, DIVISION OF DRIVER LICENSES, DEPART-
MENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, STATE OF FLORIDA, DO HEREBY CERTIFY THAT I AM THE CUSTODIAN
OF THE RECORDS OF SAID DIVISION OF DRIVER LICENSES AND THAT THIS IS A TRUE AND CORRECT TRANSCRIPT OF THE
ABOVE NAMED SUBJECT'S DRIVING RECORD AS TAKEN FROM THE OFFICIAL RECORDS ON FILE IN THIS DEPARTMENT.

*Sandra C. Lambert*

DIRECTOR

NOTE: SOME LICENSES ISSUED BY THE STATE OF FLORIDA ARE VALID IN FLORIDA ONLY.
THIS RESULTS FROM APPLICANT RETAINING A VALID LICENSE FROM...

### LICENSE CLASSES

| | |
|---|---|
| CLASS A | ANY TRACTOR-TRAILER WITH A GVWR OF 26,001 POUNDS OR MORE |
| CLASS B | ANY SINGLE VEHICLE WITH A GVWR OF 26,001 POUNDS OR MORE |
| CLASS C | ANY VEHICLE ENDORSED W/HAZMAT WITH A GVWR OF LESS THAN 26,001 POUNDS |
| CLASS D | ANY SINGLE VEHICLE OF 8,000 POUNDS OR MORE BUT LESS THAN 26,001 POUNDS GVWR |
| CLASS E | OR MORE THAN 50,000 LBS. GVWR |
| CLASS I | LEARNER'S LICENSE |
| CLASS ILO | |

### RESTRICTIONS

| | |
|---|---|
| A | CORRECTIVE LENSES |
| B | OUTSIDE REARVIEW MIRROR |
| C | BUSINESS PURPOSES |
| D | DAYLIGHT DRIVING ONLY |
| E | EMPLOYMENT PURPOSES |
| F | POWER STEERING |
| G | DIRECTIONAL SIGNALS |
| X | AUTOMATIC TRANSMISSION |
| Y | EDUCATION PURPOSES |
| 1 | VEHICLES W/O AIR BRAKES |
| 2 | GRIP ON STEERING WHEEL |
| 3 | SEAT CUSHION |
| 4 | HEARING AID |
| 5 | HAND CONTROLS OR PEDAL EXTENSION |
| N | LEFT FOOT ACCELERATOR |
| P | PROBATION/INTERLOCK DEVICE |
| R | OTHER RESTRICTIONS |
| S | NO PASSENGERS ON MOTORCYCLE |
| T | MEDICAL ALERT BRACELET |
| V | RESTRICTED |
| W | CO. CONTRASTATE ONLY |
| 1 | COL BUS ONLY |
| 2 | NO TRACTOR/TRAILERS |
| 3 | COL CNRY 26,001 LBS. GVWR |
| 6 | NO CLASS A PASSENGER VEHICLE |



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

200 McCarty Avenue
Albany, New York   12209-2095
December 13, 2005

Ms. Evelyn Martinez
171 E. Granada Boulevard, #186
Ormond Beach, Florida 32176

Dear Ms. Martinez:

      This is to acknowledge receipt of your letter, dated
November 25, 2005, regarding your complaint regarding corruption
at the State of New York Department of Motor Vehicles.  It was
received by the Albany Office of the Federal Bureau of
Investigation (FBI), on November 28, 2005, and has been carefully
reviewed.

      In order for the FBI to initiate an investigation of
any allegations we receive, specific facts must be set forth to
demonstrate that a violation of federal law within our
investigative jurisdiction has occurred.  Based on the
information you have provided, there is no violation within our
jurisdiction.  Therefore, the FBI can take no action regarding
this matter.  The issues that you have brought to our attention
were rightly directed to and investigated by the State of New
York Department of Motor Vehicles Traffic Violations Division.

      Sincerely,

      William D. Chase
      Special Agent in Charge

By:

      Christopher Mulhall
      Supervisory Special Agent

Encl6

**EVELYN MARTINEZ**
**171 E. Granada Blvd.,**
**#186**
**Ormond Bch, Florida 32176**
**(321) 604-1696**

Federal Bureau of Investigation-Buffalo          Oct 19, 2005
One FBI Plaza
Buffalo, New York    14202-2698

Re:   Investigation of Public Corruption – COLOR OF LAW
           Dept of Motor Vehicle NY State
Subject:   Amherst Police Department Acts of Violation
                Abuse and Cover-up Against Evelyn Martinez
                Florida Resident since 2000

       I would like for this appropriate Field Office of
the FBI to take seriously this letter and its enclosures.
The enclosures really thoroughly explains everything.
I believe I have been a victim of serious police corrup-
tion and conspiracy and believe my civil rights were
and are still being grotesquely violated.  I believe
it was intentional, malicious and in pursuit of relentless
persecution.

       Please understand that you are implored to get to
the bottom of something like this.  This is blatant
police abuse as I believe it to be according to the
NY State Vechicle and Traffic Law Book but even more
important to me right now is the fact that I have been
after a direct answer to my question of a 1998 order/
ticket and I have yet to get an answer from many different
people both at the DMV and Amherst Police Dept.  I have
even written to the Governor's Office and was given
the runaround and ignored deliberately.

       If my beliefs are correct and nothing is done about
it I will go public with this abuse to include the media
If I am correct on this abuse it is disgraceful that the
Police and DMV would do this and think it is ok to
act this malicious and not respond to this.

       This department has to read my enclosures to under-
stand my complaint and request for action against what
was done to me.  I will await further instructions regarding
this letter.
                               Encl9



**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0005 0263 3540**
Status: **Delivered**

Your item was delivered at 10:57 am on October 24, 2005 in BUFFALO, NY 14202.

( **Additional Details >** )  ( **Return to USPS.com Home >** )

---

**Track & Confirm**

Enter Label/Receipt Number.

( **Go >** )

---

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( **Go >** )

---



**POSTAL INSPECTORS**
   **Preserving the Trust**

site map    contact us    government services    jobs    **National & Premier Accounts**
          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Encl 8



# Florida Department of Law Enforcement

**Guy M. Tunnell, Commissioner**

*Jeb Bush, Governor*
*Charlie Crist, Attorney General*
*Tom Gallagher, Chief Financial Officer*
*Charles H. Bronson, Commissioner of Agriculture*

January 12, 2006

Mrs. Evelyn Martinez
171 East Granada Boulevard, Suite186
Ormond Beach, FL 32176

RE: FDLE File EI-73-6066-87/79

Dear Ms. Martinez:

Your recent correspondence to the Florida Department of Law Enforcement (FDLE) was forwarded to the Office of Executive Investigations for review. In your letter, you complain that you are the alleged victim of numerous crimes by unknown individuals who have obtained your personal information.

Upon review of your complaint, it was determined that there does not appear to be a criminal predicate that would warrant investigation by the Office of Executive Investigations and that your complaint could be best addressed by local law enforcement. Should you have any questions regarding our review, you may contact our office at (850) 410-8240.

Sincerely,

Guy M. Tunnell
Commissioner

Richard E. Lober, Chief Inspector
Office of Executive Investigations

REL/cb

*Committed to*
*Service • Integrity • Respect • Quality*

**Office of Executive Investigations**
Post Office Box 1489, Tallahassee, Florida 32302-1489 • (850) 410-8240
*www.fdle.state.fl.us*



RETURN RECEIPT
REQUESTED

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7005 2570 0001 6179 8655

FBI
Ofc of the Gen Counsel
DC

Opened & Inspected
OCT 3 0 2006
Mail Services #18

Opened & Inspected
OCT 3 0 2006
Mail Services #18

Oceanshore Blvd
Hnie Bch Fe 32176

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FBI
Ofc of GenCounsel
Washington, DC
20535

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
DW Jones / EB9    11-30-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 2570 0001 6119 8655

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540