UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN MARTINEZ, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STAES OF AMERICA, )<br>)<br>)<br>    Defendant. )<br>_____) | Civil Action No. 08-00031 (CKK)<br>ECF |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Megan M. Weis, Special Assistant United States Attorney, and remove the appearance of Raymond A. Martinez, Special Assistant United States Attorney, as counsel for Defendant.

 ___/s/_____
 MEGAN M. WEIS
 Special Assistant United States Attorney
 Civil Division 555 4th St., NW
 Washington, D.C. 20530
 (202) 514-5134

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July 2008 a true and correct copy of the above Notice of Substitution of Counsel was sent via first class U.S. Mail, postage pre-paid to:

Evelyn Martinez <u>pro se</u>
23595 Civic Center Way
Malibu, CA 90265

　　　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　　　MEGAN M. WEIS
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　555 Fourth Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530