RECEIVED
AUG 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EVELYN MARTINEZ
    (Plaintiff),

vs.

                      Civil Action No. 08-0031 (CKK)

UNITED STATES OF AMERICA
    (Defendant).       /

## NOTICE OF 90 DAY RIPENESS

Plaintiff, Pro Se, Evelyn Martinez hereby notices this Court of the elapse of 90 days of Plaintiff's Motion Requesting Plaintiff Indigenous be Appointed Counsel in this matter. Plaintiff submitted to this Court on February 19, 2008 such motion and this Court has not yet made a ruling on this motion. Plaintiff, hereby submits this notice to this Court of 90 day ripeness of Plaintiff's motion hereby attached.

DATED August 4, 2008

                                                EVELYN MARTINEZ
                                                Plaintiff Pro Se
                                                23595 Civic Ctr Way
                                                Malibu, CA  90265
                                                386 453-6074

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing document was sent to the Defendant via counsel United States Attorney, Jeffrey A. Taylor, at 555 Fourth Street, N.W., Civil Division, Washington, DC  20530 on _____August 4_____ 2008 via US mail.

                                                Evelyn Martinez
                                                Plaintiff Pro Se