UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EVELYN MARTINEZ
(Plaintiff),

vs. Civil Action No. 08-0031 (CKK)

UNITED STATES OF AMERICA
(Defendant). /

RECEIVED
AUG 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S OBJECTION TO DEFENDANT'S
MOTION TO DISMISS

Plaintiff, Pro Se, Evelyn Martinez hereby response to and objects to the Defendant's Motion to Dismiss this case and Plaintiff states the following in support hereof:

1. The Defendant has stated that the Plaintiff's case is currently being heard in the wrong venue and that since the Plaintiff lives in California it would be appropriate for this case to be heard in California or in New York where the action originated. The Plaintiff would accept the decision of this Court regarding proper venue and would hope

that this Court would transfer this case to California where the Plaintiff resides rather than New York where the action occurred.

2. The Plaintiff states that in regards to the issue raised by the Defendant that the Plaintiff's claim is time barred and that the Plaintiff did not present a timely claim because the Defendant received it on October 30, 2006 is deceiving in its presentation. The Plaintiff did indeed mail the claim to the Defendant prior to October 28, 2006 (see Enclosure 1) and it was received in Washington, DC on October 28, 2006 after that US post office confirmation the Plaintiff cannot assert any further facts. The Plaintiff also states that even the Internal Revenue Service uses post mark to accept timely mailing such as the April 15 mailing deadline and in this matter it is obvious by the so-call

October 30, 2006 receipt of the Plaintiff's claim by the Defendant that the Plaintiff did mail it to the Defendant on or before October 28, 2006.

3. The Defendant has boldly and blatantly attempted to excuse itself from liability by hiding under the words "discretionary function" exception. In the Defendant's website (fbi.gov) it does not boldly and blatantly state see 28 U.S.C. 2680(a) now go on tell us about how you were kidnapped, forced into modern-day slavery, stalked across state lines, abused by "color of law" repeatedly, attacked over and over by perpetrators motivated by a bias crime (Hate Crime), etc. The website is professional and governmental. It is after all an official site of the US federal government as it states. It is nurturing and assuring and comprehensibly informative. It tells you how

you can submit a crime tip, report internet crimes, file a report with their local Federal Bureau of Investigation hereafter known as the FBI and how to visit their victim assistance site.

The FBI's website states that they "aggressively investigate and work to prevent hate crime, color of law abuses and human trafficking". The FBI also investigates "white collar" crimes. The FBI is the lead agency for "investigating violations of federal civil rights laws." They go on to state that they take responsibility seriously and yet for 11 years the Plaintiff has been a victim of unimaginable crime committed against one person in many areas govern by federal law and under the direct jurisdiction of the Defendant. The crimes have spanned many state lines and as evident in this case the Plaintiff has

repeatedly sought the Defendant's involvement because it is their duty. The Defendant is suppose to uphold the law and the US Constitution and that alone should motivate the Defendant to act when an American citizen comes to them and begs for help because she has been so inhumanely abused and cannot fight crime alone since she is not the government. The Plaintiff had at the time she went to the Defendant 7 years of abuses and at the time she filed her claim (Standard Form 95) and presented it to the Defendant it was 9 years of abuses and the Defendant never answered in any manner the Plaintiff's claim. The depraved indifference of the Defendant against the Plaintiff is **criminal.** The term "depraved indifference" is very real and evident in the conduct against the Plaintiff by the

Defendant. It is evident after 11 years of the Defendant not acting on the Plaintiff's claims (this claim and others) that the Defendant is motivated by other factors that does not involve US federal laws and the US Constitution however it seems clearly to involve conspiracy, cover-ups, criminal negligence, civil right violations and much more. The Defendant has a racket going on against the Plaintiff and are blatantly protecting criminals. There is reckless disregard and lawlessness in the Plaintiff's everyday life in this country and the Defendant is responsible for it.

**4.** The Plaintiff is an **American private citizen** and as such is clearly **protected by the US Constitution** in all applicable entirety. The Constitution gives the Plaintiff the right to be protected by the government and when they refuse to while protecting other victims of the same or

similiar crime then obviously something is very wrong and wicked. Article IV Sect 4 of the US Constitution states that, "The US will protect states from invasion and civil unrest." Article III Sect 3 of the US Constitution states that, "It is treason to make War on the US or give aid to its enemies." Where is the protection from the Defendant? Where has it done its duty?

5. The Defendant's claim of "discretionary function" and that the "Government conduct must be discretionary in nature, that is, involving an element of judgement or choice" in this case given the facts seems fraudulant and severely abusive and inhumane against the Plaintiff. The Defendant should not be allowed to deny the Plaintiff protection from crime and should not be allowed to get away with being part of the crime against the Plaintiff.

The Court needs to understand the Defendant has done nothing at all to protect the Plaintiff despite reporting shocking abuses after abuses.

WHEREFORE, this case should be allowed to proceed in the interest of justice and because the abuses against the Plaintiff are criminal and fraudulant against the Plaintiff at the hand of the Defendant and therefore no law should protect them from such abuse. The Plaintiff has no recourse of protection if federal law enforcement is allowed to act with complete depraved indifference in order to allow inhumane treatment of its citizens because an agenda exist against that citizen. It amounts to torture. The Defendant has not satisfactorily submitted any valid excuse why this complaint should be dismiss and this Court should deny it.

**Dated** August 8, 2008

**RESPECTFULLY SUBMITTED,**

**EVELYN MARTINEZ**
**Plaintiff Pro Se**
**23595 Civic Center Way**
**Malibu, CA 90265**
**386 453-6074**

**CERTIFICATE OF SERVICE**

I, hereby certify that a true and correct copy of the foregoing document has been submitted to the Defendant, Counsel Special Assistant US Attorney, Megan Weis, Civil Division at 555 4th Street., N.W, Washington, DC 20530 via US mail on August 8, 2008.

EVELYN MARTINEZ
Plaintiff Pro Se

Encl





# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0001 6119 8655**
Status: **Delivered**

Your item was delivered at 4:30 AM on October 28, 2006 in WASHINGTON, DC 20535.

*Additional Details >* *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

*Go >*

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. *Go >*





Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy



Encl 1